AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Agent: Sarah Soles Telephone: (313) 570-5211

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Jose Feliciano ENAMORADO-CASTRO

Case No.

Case: 2:26−mj−30729
Assigned To : Unassigned
Assign. Date : 11/18/2026
Description: CMP USA V. ENAMORADO−CASTRO (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 16, 2026 in the county of St. Clair in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Sarah Soles, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: November 18, 2026

[signature]
*Judge's signature*

City and state: Detroit, MI

Honorable Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Sarah A. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since June of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Jose Feliciano ENAMORADO-CASTRO, which attests to the following:

2. Jose Feliciano ENAMORADO-CASTRO is a thirty-five-year-old male, native and citizen of Honduras, who claims to have last entered the United States at or near Hidalgo, Texas in 2023, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about October 12, 2012, ENAMORADO-CASTRO was arrested by United States Border Patrol Agents near Eagle Pass, Texas, for illegally entering the U.S. ENAMORADO-CASTRO was processed for an Expedited Removal and charged with 8 USC §1325, Illegal Entry.

4. On or about October 16, 2012, in the Western District of Texas, Del Rio Division, ENAMORADO-CASTRO was convicted of 8 USC §1325(a)(1) Illegal Entry and sentenced to 10 days' incarceration plus credit for time already served.

5. On or about November 26, 2012, ENAMORADO-CASTRO was removed from the United States to Honduras via San Antonio, Texas.

6. On or about May 27, 2023, ENAMORADO-CASTRO was arrested by U.S. Border Patrol Agents near Eagle Pass, Texas, for illegally entering the United States. ENAMORADO-CASTRO'S order of removal was reinstated.

7. On or about June 7, 2023, ENAMORADO-CASTRO was removed from the United States to Honduras via Laredo, Texas.

8. On or about July 6, 2023, ENAMORADO-CASTRO was arrested by U.S. Border Patrol Agents near Penitas, Texas, for illegally entering the United States. ENAMORADO-CASTRO'S order of removal was reinstated.

9. On or about July 12, 2023, ENAMORADO-CASTRO was removed from the United States to Honduras via Harlingen, Texas.

10. On or about September 9, 2023, ENAMORADO-CASTRO was arrested by U.S. Border Patrol Agents near Roma, Texas, for illegally entering the United States. ENAMORADO-CASTRO's order of removal was reinstated.

11. On or about September 18, 2023, ENAMORADO-CASTRO was removed from the United States to Honduras via Harlingen, Texas.

12. On November 17, 2026, ENAMORADO-CASTRO was encountered by a United States Border Patrol Agent from the Marysville Station while assisting another agency in Capac, Michigan. After initial identification of ENAMORADO-CASTRO and initiating an immigration inspection, the agent placed him under arrest for being illegally present in the United States.

13. ENAMORADO-CASTRO stated that he has lived and worked in Virginia for about three years and was travelling in Michigan for a job assigned to him. ENAMORADO-CASTRO claimed he is single and does not have any children or other family in the United States.

14. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. Review of records from the alien file (A# xxx xxx 444) for Jose Feliciano ENAMORADO-CASTRO and queries in U.S. Department of Homeland Security databases confirm that no record exists of ENAMORADO-CASTRO obtaining permission from the Attorney General or the Secretary of the

Department of Homeland Security to re-apply for admission to the United States following his last removal on or about September 18, 2023.

16. Based on the above information, there is probable cause to believe that, on or about November 16, 2026, at or near Capac, in the Eastern District of Michigan, Southern Division, Jose Feliciano ENAMORADO-CASTRO, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about September 18, 2023, at or near Harlingen, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Sarah A. Soles

Sarah A. Soles, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Kim G Altman

Honorable Kimberly G. Altman
United States Magistrate Judge

November 18, 2026